# Anthony Zappin

1827 Washington Blvd. • Huntington, WV 25701 • Phone: (304) 730-4463
E-Mail: anthony.zappin@gmail.com

**MEMO ENDORSED**

Date:  August 10, 2021

**VIA CM/ECF**

Judge Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>Zappin v. Cooper, et al.,</u> Case No. 20-cv-2669-ER

Dear Judge Ramos:

      I write to request a final extension to tomorrow Wednesday, August 11, 2021 to file my reply memorandum and papers.

      As I stated in my letter of Friday, I have been severely ill since last week.  Over the weekend and through yesterday, my symptoms, including headaches and blurred vision, significantly worsened.  I can provide the Court with additional details if necessary.

      I expect to have the papers finalized later this afternoon, but would like the additional time until tomorrow in case I need to return to the doctor or emergency room.  I sincerely apologize to the Court for the inconvenience.

      I thank the Court for its attention to this matter and its continued courtesies.

                                            Respectfully,

                                            Anthony Zappin

cc:    All parties and counsel (CM/ECF)

---

Granted.  Plaintiff's deadline to submit a reply in support of his motion for leave to amend is hereby extended to August 11, 2021.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 97.

So ordered.

_____
Edgardo Ramos, U.S.D.J
Dated:  8/10/2021
New York, New York