UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY ZAPPIN,

        Plaintiff,

v.

MATTHEW F. COOPER; LAUREN LIEBHAUSER; KEVIN M. DOYLE; HANNAH YU; and JANE DOE,

        Defendants.

**ORDER**

20 Civ. 2669 (ER)

Ramos, D.J.:

    On March 31, 2022, the Court denied Plaintiff Anthony Zappin's motion for leave to file a Second Amended Complaint. Doc. 116. As such, the conference scheduled for April 28, 2022 is adjourned, and the Clerk of Court is respectfully directed to enter judgment for Defendants and to close the case.

    It is SO ORDERED.

Dated:   April 5, 2022
          New York, New York

                                                  Edgardo Ramos, U.S.D.J.