UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTHONY ZAPPIN,

                           Plaintiff,

-against-                                       20 **CIVIL** 2669 (ER)

## **JUDGMENT**

MATTHEW F. COOPER; LAUREN
LIEBHAUSER; KEVIN M. DOYLE; HANNAH
YU; and JANE DOE,

                           Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 5, 2022, the Court denied Plaintiff Anthony Zappin's motion for leave to file a Second Amended Complaint. Doc. 116. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:** New York, New York

       April 6, 2022

                                                                RUBY J. KRAJICK

                                                                **Clerk of Court**

                             **BY:**

                                                                 **Deputy Clerk**